In the Matter of the Claim of ELAINE SMITH, Respondent, v. CROSSON'S SERVICE STATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Gibson, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J.